x:\tc51676\appear

WDJ/ls
File No.:  TC-51676

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------------X
OSWALD DRYSDALE AND ALMA DRYSDALE,

                Plaintiffs,

       -against-

ALAN KASMAN DBA KASCO, AMERICAN EXPRESS
BANK, LTD, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BFP TOWER C CO. LLC., BFP TOWER
C MM LLC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVIVCES CO.,
LEHMAN BROTHERS HOLDINGS INC., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL PAPER,
INC., MCCLIER CORPORATION, MERRILL LYNCH &
CO, INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL CROW
CORPORATE SERVICES, INC., TUCKER ANTHONY,
INC., WESTON SOLUTIONS, INC., WFP RETAIL CO.
G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A.
CO., L.P., WFP TOWER B CO. G.P. CORP., WFP

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

TOWER B HOLDING CO., LP, WFP TOWER B. CO.,
L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D
HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II
L.P., WFP TOWER D HOLDING I G.P. CORP., AND
WFP TOWER D. CO., L.P., ET AL,

                     Defendants.
--------------------------------------------------------------------------X

COUNSELORS:

    PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:


Dated: New York, New York
       July 12, 2007

                                        WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        STRUCTURE TONE, INC. s/h/a
                                        STRUCTURE TONE (UK), INC. and
                                        STRUCTURE TONE GLOBAL SERVICES, INC.
                                        2 Rector Street – 14th Floor
                                        New York, New York  10006
                                        (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700