UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
OSWALD DRYSDALE AND ALMA DRYSDALE,                    07 CV 5286  (AKH)

                      Plaintiffs,

   -against-

ALAN KASMAN DBA KASCO,
AMERICAN EXPRESS BANK. LTD.,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BFP TOWER C CO. LLC.,
BFP TOWER C MM LLC.,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,INC,,
KASCO RESTORATION SERVICES, CO.,
LEHMAN BROTHERS HOLDINGS INC.,
LEHMAN BROTHERS INC.,
LEHMAN COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION,
MERRILL LYNCH & CO. INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,
TOSCORP INC.,
TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE SERVICES, INC.,
TUCKER ANTHONY,INC.,
WESTON SOLUTIONS, INC.,
WFP RETAIL CO. G.P. CORP.,
WFP RETAIL CO. L.P.,
WFP TOWER A CO.,
WFP TOWER A. CO. G.P. CORP.,
WFP TOWER A CO, L.P.

WFP TOWER B CO. G.P.,
WFP TOWER B HOLDING CO., LP.,
WFP TOWER B. CO., L.P.
WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING.I L.P.,
WFP TOWER D HOLDING. II L.P.,
WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D CO., L.P. ET AL

                         Defendants.
-------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                        Yours, etc.
                                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                                        Attorneys for Defendant –Envirotech
                                        3000 Marcus Avenue, Suite 2E1
                                        Lake Success, New York 11042
                                        (516) 775-5800

                                        BY: _____
                                                 Heather L. Smar (4622)