UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
OSWALD DRYSDALE AND ALMA : 07-CV-05286-AKH
DRYSDALE,

         Plaintiffs, : **APPEARANCE**

 - against -

ALAN KASMAN D/B/A KASCO, *et al.*, : **ELECTRONICALLY FILED**

         Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York    DICKSTEIN SHAPIRO LLP
    October 3, 2007

             By:  /s/ Judith R. Cohen
             _____
             Judith R. Cohen (JC-8614)
             1177 Avenue of the Americas
             New York, New York 10036
             Phone: (212) 277-6500
             Fax: (212) 277-6501

             *Attorney for Defendant*
             MERRILL LYNCH & CO., INC.